Certificate Number: 05781-NYE-DE-041370954

Bankruptcy Case Number: 26-42993

05781-NYE-DE-041370954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2026, at 9:24 o'clock AM PDT, Onell Howell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: August 26, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President